# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**BURLINGTON INSURANCE COMPANY**                                                   **PLAINTIFF**

v.                                    Case No. 2:24-cv-00059-LPR

**REQUISHA BROOKS**,
*Special Administratrix of the Estate of
Darius Lawson, Deceased, on Behalf of the
Estate and Wrongful Death Beneficiaries*;
**ARKANSAS AUTOMATIC GATES, LLC;**
**LINDSAY GRAY,** *Individually and as a
Natural Guardian of EBG, a Minor*; **and**
**TERRY BRANDON GRAY;** *Individually
and as a Natural Guardian of EBG, a Minor*                                         **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered today and previous Orders entered in this case, it is CONSIDERED, ORDERED, and ADJUDGED that: (1) all claims against Arkansas Automatic Gates, LLC and Lindsay Gray and Terry Brandon Gray, individually and as natural guardians of EBG (a minor), are dismissed with prejudice subject to the Stipulation of Record at Doc. 5; and (2) judgment is entered in favor of Plaintiff on its Amended Complaint and on Defendant Brooks's Counterclaim.  The Court declares the following:

Plaintiff does not have a duty to defend and/or indemnify Arkansas Automatic Gates, LLC, Lindsay Gray and Terry Brandon Gray, or their minor child (EBG) for the claims alleged by Requisha Brooks (Special Administratrix of the Estate of Darius Lawson, Deceased, on Behalf of the Estate and Wrongful Death Beneficiaries) in connection with the October 28, 2023 accident involving Arkansas Automatic Gates's truck in Little Rock, Pulaski County, Arkansas, and the underlying tort lawsuit filed by Requisha Brooks (Special Administratrix of the Estate of Darius Lawson, Deceased, on Behalf of the Estate and Wrongful Death Beneficiaries) against Lindsay

Gray and Terry Brandon Gray (individually and as natural guardians of EBG, a minor) and Arkansas Automatic Gates.

Plaintiff does not have a duty to defend and/or indemnify Arkansas Automatic Gates, LLC, Lindsay Gray and Terry Brandon Gray, or their minor child (EBG) for the claims for punitive damages alleged by Requisha Brooks (Special Administratrix of the Estate of Darius Lawson, Deceased, on Behalf of the Estate and Wrongful Death Beneficiaries) in connection with the October 28, 2023 accident involving Arkansas Automatic Gates's truck in Little Rock, Pulaski County, Arkansas, and the underlying tort lawsuit filed by Requisha Brooks (Special Administratrix of the Estate of Darius Lawson, Deceased, on Behalf of the Estate and Wrongful Death Beneficiaries) against Lindsay Gray and Terry Brandon Gray (individually and as natural guardians of EBG, a minor) and Arkansas Automatic Gates.

Plaintiff does not have a duty to indemnify Arkansas Automatic Gates for any part of the judgment issued by the Crittenden County Circuit Court in case number 18CV-24-33.

IT IS SO ADJUDGED this 24th day of March 2025.

                                                         _____
                                                         LEE P. RUDOFSKY
                                                         UNITED STATES DISTRICT JUDGE